UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| BENJAMIN RITCHIE, <br><br> Plaintiff, <br><br> v. <br><br> LLOYD ARNOLD *et al.*, <br><br> Defendants. | CAUSE NO. 3:25cv433 DRL |

ORDER

The parties, by counsel, filed a joint motion to suspend the briefing schedule on the plaintiff's motion for a preliminary injunction. They explain that they have agreed to resolve this case without further litigation and expect to stipulate to dismissal.

For these reasons, the court:

(1) GRANTS the motion to suspend the briefing schedule (ECF 17);

(2) VACATES the preliminary injunction briefing schedule (ECF 11); and

(3) ORDERS the parties to file dismissal papers or a joint status report by **May 30, 2025**.

SO ORDERED.

May 16, 2025                                                    *s/ Damon R. Leichty*
                                                                Judge, United States District Court